# Third District Court of Appeal

## State of Florida

Opinion filed February 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1839
Lower Tribunal No. 16-6318
_____

**Sanibel Realty Trust, LLC,**
Appellant,

vs.

**U.S. Bank, N.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Wesoloski Carlson, P.A., and Erik D. Wesoloski, for appellant.

Akerman LLP, and Nancy M. Wallace (Tallahassee) and William P. Heller (Fort Lauderdale) and Eric M. Levine (West Palm Beach); Fidelity National Law Group and Michele A. Cavallaro (Fort Lauderdale), for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.